UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED
MAR 1 2 2009
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 09-28-DLB
                                      18 U.S.C. § 2113(a)
                                      18 U.S.C. § 2

MICHAEL W. HELVEY and
MANDY M. TURNER

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about January 16, 2009, in Campbell County, in the Eastern District of Kentucky,

**MICHAEL W. HELVEY,**

aided and abetted by,

**MANDY M. TURNER,**

did by force, violence, and intimidation, take from the person and presence of bank tellers, money belonging to and in the care, custody, control, management, and possession of Fifth Third Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of 18 U.S.C. §§ 2113(a) and 2.

A TRUE BILL,

Mary Ann Burns
_____
FOREPERSON

James A. Zerhusen
_____
JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

## PENALTY

Not more than 20 years imprisonment, a fine of not more than $250,000, and supervised release of not more than 3 years.

Mandatory special assessment of $100 per felony count.

Restitution, if applicable.