PROB 35
(Rev. 3/12)

Eastern District of Kentucky
**FILED**
SEP 18 2013
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Eastern District of Kentucky at Covington

UNITED STATES OF AMERICA

V.

Mandy Michelle Turner

Crim. No. 2:09-CR-00028-DLB-2

On 9/22/2011 the above named was placed on supervised release for a period of 3 years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mandy Michelle Turner be discharged from supervision.

Respectfully submitted,

*Stacey M. Suter*
Stacey M. Suter
Sr. U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 18th day of September, 20 13

Signed By:
David L. Bunning
United States District Judge